UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL JAMES ELLIS,

                    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, MIKE OBENLAND, D. HEAWARD,

                    Defendants.

No. C14-5836 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    This action is **Dismissed without Prejudice** for failure to state a claim.

(3)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.**

(4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 15th day of December, 2014.

                                      RONALD B. LEIGHTON
                                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1